Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

*Attorney for Petitioner Miguel Angel Montes Flores

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Miguel Angel Montes Flores,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02745-APG-EJY

**Stipulation to Extend Time to File Amended Petition (First Request)**

On August 28, 2026, this Court appointed the Federal Public Defender's Office to represent Mr. Montes Flores.[1] Undersigned counsel Raquel Lazo entered her appearance for Petitioner on September 10, 2026.[2] This Court also set a briefing schedule giving Petitioner to October 5, 2026, to file an amended petition or a motion to dismiss the petition.

Counsel for Petitioner needs additional immigration related documentation. Respondents are attempting to obtain this documentation for Petitioner. Moreover, according to the EOIR website, there appears to be an immigration hearing scheduled for today pertaining to Petitioner. This hearing may impact the course of

[1] ECF No. 3.

[2] ECF No. 7.

action taken in the instant federal case. Counsel for Petitioner requests additional time to receive records that are necessary to understand and adequately present the potential issues in this matter.

Accordingly, counsel for the Respondent and Petitioner hereby respectfully request this Court accept the following briefing schedule. Petitioner will file an amended petition by October 19, 2026. Respondents will then have until November 2, 2026, to file a response to the amended petition, and Petitioner will have until November 9, 2026, to file a reply to the response.

Respectfully submitted this 29th day of September 2026.

TODD BLANCHE
Attorney General of the United States

*/s/ Nathan M. Claus*
Nathan M. Claus
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
Raquel Lazo
Assistant Federal Public Defender

**IT IS SO ORDERED:**

**UNITED STATE DISTRICT JUDGE**

**DATED:** September 30, 2026